| |
|---|
| **Matter of Mayer v Gates** |
| 2024 NY Slip Op 31576(U) |
| May 1, 2024 |
| Supreme Court, Kings County |
| Docket Number: Index No. 510951/24 |
| Judge: Peter P. Sweeney |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

At the Special Election Part 1 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, at 360 Adams Street, Brooklyn, New York, on the 1st day of May, 2024.

PRESENT:

HON. PETER P. SWEENEY,
                          Justice.
--------------------------------------------------------------------X
In the Matter of the Application of
TERESA MAYER,
                    Petitioners-Objectors,

          -and-

LYDIA B. GREEN
                    Petitioner-Candidate-Aggrieved,

          -against-                                    Index No.: 510951/24

SABRINA GATES,

                    Respondent-Candidate,


BOARD OF ELECTIONS IN THE CITY OF
NEW YORK,

For an order, pursuant to sections 16-100, 16-102, and 16-116 of the Election Law, declaring invalid and striking out the petition purporting to designate the Respondent-Candidate named herein as a Candidate for the Party Position of Member of the Democratic State Committee from the 52nd Assembly District, New York State, in the Democratic primary election to be held on the 25th day of June, 2024, and restraining the Board of Elections from placing the name of said Respondent-Candidate on the ballots to be used at such primary election.
--------------------------------------------------------------------X

| The following e-filed papers read herein: | NYSCEF Doc Nos.: |
|---|---|
| Notice of Motion/Order to Show Cause/ Petition/Cross Motion and Affidavits (Affirmations) Annexed | 1, 5, 9-12 |
| Opposing Affidavits/Answer (Affirmations) | 8 |

Affidavits/ Affirmations in Reply _____

Other Papers: \_\_\_\_BOE voter registration records_____   \_\_\_\_Exhibits 1-22_____

Upon the foregoing papers, petitioner-objector Theresa Mayer and petitioner-candidate aggrieved Lydia B. Green (collectively the objectors) seek an order declaring invalid respondent-candidate Sabrina Gates' (respondent-candidate) designating petition for the party position of Member of the Democratic State Committee from the 52nd Assembly District, New York State, in the Democratic primary election to be held on June 25, 2024.

Respondent-candidate filed a designating petition for this position with the New York City Board of Elections (the Board) consisting of three volumes (KG 24000541, KG 24000542 and KG 54000572 (hereinafter volume 541, volume 542 and volume 572, respectively). Subsequently, the objectors filed general and specifications of objections against the designating petition. The Board reviewed the specifications of objections and prepared a clerk's report which found that the designating petition contained 513 valid signatures, which was 13 more than the 500 valid signatures required for placement on the ballot for this position. The clerk's report was later adopted by the Board's Commissioners. Court-appointed special referees conducted a line-by-line review of the Board's "As Specified" (AS) and "Not as Specified" (NAS) rulings, as well as de novo specifications of objections to the designating petition that were filed with the court by the objectors on the return date, April 22, 2024. The special referees found that the designating petition contained 533 valid signatures.

2

[* 2]

INDEX NO. 510951/2024
RECEIVED NYSCEF: 05/02/2024

On April 30, 2024, the parties appeared before this court, at which point the special referees' report was read into the record. The court notes that upon further review of the special referees' rulings on the specifications of objections, a mathematical error was detected in Volume 541, on sheet 15 in that there were only 5 valid signatures, not 6 as previously reported by the special referees, bringing the total number of valid signatures to 532 rather than 533. Following the special referees' report, counsel for the objectors and the respondent-candidate presented their exceptions to the special referees' rulings. Upon a careful review, the court sustained the following exceptions which fell into the categories set forth below:

*Objectors' Exceptions to Line-By-Line Review*

**Printed Signature (PR)**

The objectors contested several of the special referees' rulings determining that a signature was not a print. After reviewing copies of the voter registration records of all contested signatories (which was submitted by objectors), the court overrules five of the special referees' rulings pertaining to signatures appearing at: (1) volume 542, sheet 14, line 8; (2) volume 542, sheet 39, line 6; (3) volume 542, sheet 49, line 7; (4) volume 542, sheet 60, line 4; and (5) volume 542, sheet 60, line 9. As to these signatures, the court finds that they were in fact printed, which is contrary to the cursive signature appearing on each signatory's voter registration record. Therefore, the above-referenced signatures are invalidated.

3

[* 3]

### Signatory Not Registered at Address Stated in Board's Records (NR)

In Volume 572, sheet 4, line 1, signatory Lee Seltzer affixed the address 129 Smith Street, Brooklyn, next to his signature. This address is located in the 52nd Assembly District, the district involved herein. However, a review of the Board's records indicates that Seltzer is registered to vote at 298 12th Street in Brooklyn, which is located in the 44th Assembly District. Accordingly, the court overrules the special referees' determination and finds that this signature is invalid (*see generally Robleto v Gowda*, 183 AD3d 673 [2020]).

### Out of District (OD)

The special referees ruled that the signature in volume 572, sheet 17, at line 7 was valid. The signature was objected to on the basis that the address listed adjacent to the signature on this line was out of district. The court overrules the special referees' ruling as a review of the Board's records indicated that the address listed on the petition sheet is not located within the 52nd Assembly District and, thus, is out of district and invalid.

### Subscribing Witness No Name (SWNN)

In volume 541, at sheet 15, the subscribing witness failed to insert a printed name in the subscribing witness statement section and the subscribing witness' signature appearing at the bottom portion of the witness statement is completely illegible. As the identity of the subscribing witness could not be determined based on their signature alone, the court finds that the five signatures that were found valid on this sheet by the special referees are invalid.

4

[* 4]

## Similar Handwriting (SH)

The objectors alleged that the signatures appearing in volume 542, sheet 64, lines 7 and 8 should be invalidated based on the "similar handwriting" objection. Upon review of the signatures set forth on the petition sheet, as well as each voter's registration record, the court finds that the signature appearing on line 8 matches the voter's registration record and is therefore valid. However, the court finds that the signature on line 7 does not match the voter's registration record and, in fact, appears to be written in handwriting similar to that on line 8, thereby invalidating that signature.

## Subscribing Witness - Karen McCreary

As to subscribing witness Karen McCreary, counsel for objectors argued that all signatures witnessed by Ms. McCreary should be invalidated on the basis that she has committed fraud throughout her witnessed petition pages as they contain signatures with "strikingly similar handwriting." Initially, the court finds that the objectors have failed to allege fraud with the requisite specificity (*see Matter of Baldeo v Board of Elections in the City of New York*, 205 AD3d 844, 845-846 [2d Dept 2023]; *Matter of Malone v Rockland County Bd. of Elections*, 110 AD3d 723, 723 [2d Dept 2013]; *Matter of Robinson v Edwards*, 54 AD3d 682, 683 [2d Dept 2008]). Here, objectors' bill of particulars was not sufficiently detailed to apprise the respondent-candidate of the allegations being made against the sheets witnessed by McCreary. In this regard, the bill of particulars only addresses volume 542, sheet 10. As to that sheet, the objectors submitted an affidavit from Candida Mejia, whose name is listed as the signatory on volume 542, sheet 10, line 4. Ms. Mejia states that she reviewed the petition sheet at issue and avers that she never signed a

[* 5]

designating petition to support respondent-candidate Gates as a candidate for this position and that her signature had been forged (NYSCEF Doc No. 12). In addition, upon review of the ten signatures on sheet 10, the court finds that all of the signatures appear to be in the same "strikingly similar handwriting," as contended by the objectors. As a result, the four signatures that were not ruled invalid on other grounds are hereby found to be invalid.

However, as to the other sheets witnessed by this subscribing witness, the objectors failed to specifically plead in their bill of particulars[1] which other pages McCreary witnessed and merely seek to invalidate every signature she witnessed based on the invalidation of sheet 10 due to the forged/similar handwriting allegation (*see Matter of Baldeo*, 205 AD3d at 845-846 [holding that the objectors failed to allege fraud with the requisite specificity where they failed to specifically identify, among other things, the page numbers and line numbers of the purportedly fraudulent signatures and failed to indicate the total number of signatures objected to]; *Matter of Malone*, 110 AD3d at 723; *Matter of Robinson, Edwards*, 54 AD3d at 683). Moreover, the objectors failed to proffer any evidence (i.e., copies of signatories' voter registration records) of forgery and/or similar handwriting as to any other signatures witnessed by McCreary.

---

[1] The Kings County Special Election Part Rules provide that "In matters alleging questions of fraud, a complete written offer of proof including a statement as to the number of witnesses expected to be called, the identification of each such witness (by name, address, volume, page and line) and the status of each such witness (i.e., candidate, signatory, subscribing witness, notary public, etc. . . .), shall be filed with the Court no later than the time the calendar call on the first return date. Failure to serve and file such offer of proof shall be deemed a waiver and further proof shall be precluded."

[* 6]

*Respondent-Candidate's Exceptions to Line-By-Line Review*

The special referees ruled that all of the signatures on sheets 36 and 37 in Volume 542 were invalid. On sheet 36, the signatures are all dated between March 15th and March 17th (2024). However, in the subscribing witness statement, the subscribing witness set forth multiple dates ("March 14, 15 2024"), rather than one date, next to his signature. Additionally, on sheet 37, all of the signatures are dated between March 17th and March 20th (2024). However, the subscribing witness again set forth multiple dates ("March 14, 15, 2024") next to his signature. The court finds that the special referees properly invalidated all signatures on these sheets (*see MacKay v Cochran*, 264 AD2d 699, 699-700 [2d Dept 1999] [noting that "Election Law § 6-132 (2) requires that each sheet of a designating petition must contain a statement of a subscribing witness which shall be dated and signed by that witness. The date is a matter of prescribed content and therefore strict compliance is required"]; *see also Matter Avella v Johnson*, 142 AD3d 1111, 1113 [2d Dept 2016] [failure of subscribing witness to include the date next to his or her signature on certain designating petition sheets rendered the signatures on those sheets invalid]). Here, the subscribing witness on these two sheets placed multiple dates in the witness statement, which in and of itself is impermissible. Indeed, it is unclear as to when the subscribing witness actually witnessed signatures or when said subscribing witness signed the witness statement. Moreover, in several instances, the dates listed in the witness statements are prior to the dates appearing next to signatories (*see generally Matter of Stevens v Collins*, 120 AD3d 696 [2d Dept 2014] [signatures dated after the date of the notary's jurat purporting to authenticate signatures were invalidated]).

7

[* 7]

Based upon all of the foregoing, a total of 17 additional signatures are invalidated, rendering the total number of valid signatures in respondent-candidate Sabrina Gates' designating petition for the party position of Member of the Democratic State Committee from the 52nd AD to 515 (532 - 17 = 515).

Accordingly, it is

**ORDERED** that the petition to invalidate is denied.

This constitutes the decision, order and judgment of the court.

ENTER

_____

J.S.C.

HON. PETER P. SWEENEY, J.S.C.

KINGS COUNTY CLERK
FILED
2024 MAY -2 A 10: 47

8

[* 8]

EXHIBIT
1
4/30/24



index NO
510951/24

The Board of Elections in the City of New York

## DMV e-Notification

Is Citizen: YES    Is Over 18: YES    Submitted: 2020-08-18-13.56

Voter Name: KATHRYN LEE HOWORTH

Address: 135  HICKS ST  APT 2A BROOKLYN NY 11201

Mailing Address:

Birth: 04/16/1988    Gender: F    Phone:    License:

Last Year Voted: 2016

Prev. Address: 310 NORTH 16TH ST OXFORD MS 38655

Prev. County:    Prev. State: MS

Prev. Name: KATHRYN HOWORTH

Party: DEM

Print by: vwatson , Printed on: 4/30/2024 9:44:51 AM , ScanDate: 2020 08 21 , BatchNumber: 15 , DocumentNumber: 385

[* 9]

EXHIBIT

2

4/30/24



The Board of Elections in the City of New York

## DMV e-Notification

**Is Citizen:** YES   **Is Over 18:** YES   **Submitted:** 2021-03-02-18.53

**Voter Name:** LOUISE A HAZLE

**Address:** 239  CARROLL ST  APT 1 BROOKLYN NY 11231

**Mailing Address:**

**Birth:** 07/27/1971   **Gender:** F   **Phone:**   **License:**
**Last Year Voted:** 2020   **Email:**
**Prev. Address:** 239 CARROLL ST APT 1 BROOKLYN NY 11231
**Prev. County:**   **Prev. State:**
**Prev. Name:** LOUISE HAZLE      **Party:** DEM

Print by: vwatson , Printed on: 4/30/2024 9:45:50 AM , ScanDate: 2021 03 03 , BatchNumber: 11 , DocumentNumber: 49



[* 10]

EXHIBIT
3

4/30/24

510951/24



The Board of Elections in the City of New York

Affidavit Oath

Remove
Feel Status

11168

15/52

Valid

15/52

**VALID**

**A** Please provide the following required information

Your name
Last name  BossAtz
Suffix
First name  SCOTT
Middle initial  E

The address where you live
Address (not P.O. box)  111 HICks ST
Apt. Number  15C   Zip code  11201
City/Town/Village  BROOKLYN
New York State County  KINGS

Date of birth  09 12 11 1988   Party enrollment  DEM

**B** Please check each box that applies to you and fill in the appropriate blanks

☑ I have been informed by the inspectors that my registration record is not available to them, however I have duly registered to vote in this election district from the address given above, and I remain a duly qualified voter in this district. (If you check this box, please ask the inspectors to check the address given above to make certain that you are at the correct poll site.)

☐ I have moved within New York State since my last registration and have lived at the address listed above for at least 30 days before the date of the election. My previous address was:

☐ I was required to present identification when I voted today, but I did not do so.

☐ I have not voted in this election, but the records of the Board indicate that I have already voted.

☑ Records of the Board indicate that I have been issued an absentee ballot.

☐ For Primary Elections Only: I am enrolled in the political party stated in the section above, but the poll book does not reflect my correct enrollment.

**C** Additional information to register to vote in the event that you do not have a valid voter registration on file:

**D** Qualifications

Are you a citizen of the U.S.?  ☑ Yes  ☐ No
If you answer No, you cannot register to vote.

A) Will you be 18 years of age or older on or before election day?  ☐ Yes  ☐ No

B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election?  ☐ Yes  ☐ No
If you answer No to both of the prior questions, you cannot register to vote.

More information
Telephone (optional)                Gender (optional)
Email (optional)

The address where you receive mail
Skip if same as above
Address or P.O. Box
P.O. Box            Zip code
City/Town/Village

Voting history
Have you voted before?  ☐ Yes  ☐ No    What year?

Voting information that has changed
Skip if this has not changed or you have not voted before
Your name was
Your address was
Your previous state or New York State County was

Identification
You must make 1 selection.
☐ New York State DMV number
☐ Last four digits of your Social Security number
☐ I do not have a New York State driver's license or a Social Security number.

Political party
You must make 1 selection.
☐ Democratic party   ☐ Working Families party
☐ Republican party   ☐ Other
☐ Conservative party

☐ No party

**E** All voters must date and sign the oath below.

**F** It is a crime to procure a false registration or to furnish false information to the Board of Elections.

Affidavit: I swear or affirm that
• I am a citizen of the United States.
• I will have lived in the county, city or village for at least 30 days before the election.
• I meet all requirements to vote in New York State.
• This is my signature or mark in the box to the right.
• The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Sign
Date  8/19/22

ABS TYPE 4  SEQ 7-8-22

Election District  015
AD/Ward  52

UOCAVA

Town/City  Brooklyn

[* 11]

EXHIBIT
4
4/30/24



The Board of Elections in the City of New York

510951/24

## DMV e-Notification

**Is Citizen: YES   Is Over 18: YES   Submitted: 2022-11-08-08.25**

**Voter Name: KATHERINE E STEARNS**

**Address: 410  BERGEN ST    BROOKLYN NY 11217**

**Mailing Address:**

**Birth: 11/29/1990   Gender: F   Phone:      License:**
**Last Year Voted: 2020   Email:**
**Prev. Address: 675 MONMOUTH ST**
**Prev. County:      Prev. State: NJ**
**Prev. Name:                  Party: DEM**

Print by: vwatson , Printed on: 4/30/2024 9:47:38 AM , ScanDate: 2022 11 09 , BatchNumber: 11 , DocumentNumber: 79

[* 12]

510951/24



EXHIBIT

5

4/30/24



The Board of Elections in the City of New York

## DMV e-Notification

**Is Citizen:** YES   **Is Over 18:** YES   **Submitted:** 2023-10-06-18.28

**Voter Name:** ADELAIDE CUSHING MACKINTOSH

**Address:** 346A  STATE ST  APT 3R BROOKLYN NY 11217

**Mailing Address:**

**Birth:** 09/09/1993   **Gender:** F   **Phone:**   **License:** ▓▓▓▓▓▓
**Last Year Voted:** 2022   **Email:**
**Prev. Address:** 493 ATLANTIC AVE BROOKLYN NY 11217
**Prev. County:**   **Prev. State:** NH
**Prev. Name:** ADELAIDE MACKINTOSH          **Party:** DEM

Print by: vwatson , Printed on: 4/30/2024 9:55:04 AM , ScanDate: 2023 10 07 , BatchNumber: 17 , DocumentNumber: 31

[* 13]

NYSCEF DOC. NO. 13

EXHIBIT
6
4/30/24

510951/24



## The Board of Elections in the City of New York

❶ It is a crime to procure a false registration or to furnish false information to the Board of Elections. Please print in blue or black ink.

**❶ Qualifications**

1. Are you a citizen of the U.S.? ☑ Yes ☐ No
   If you answer No, you cannot register to vote.

2. A) Will you be 18 years of age or older on or before election day? ☑ Yes ☐ No
   B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election? ☑ Yes ☐ No
   If you answer No to both of the prior questions, you cannot register to vote.

*For board use only*
BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
VOTER REGISTRATION DEPT
P 3-16

**Your name**

3. Last name Garrett    Suffix
   First name Camryn    Middle Initial

**More information**
Items 5, 6 & 7 are optional

4. Birth date 01 / 04 / 2000 (MM DD YYYY)
5. Gender Female
6. Phone 6,3,1-7,4,1-1,1,3,2
7. Email henro300@gmail.com

**The address where you live.**

8. Address (not P.O. box) 78 4th Place
   Apt. Number 2D    Zip code 1,1,7,0,6 (1231)
   City/Town/Village Brooklyn
   New York State County New York City

**The address where you receive mail**
Skip if same as above

9. Address or P.O. box
   P.O. Box    Zip code
   City/Town/Village

**Voting history**

10. Have you voted before? ☑ Yes ☐ No
11. What year? 2,0,2,2

**Voting information that has changed**
Skip if this has not changed or you have not voted before

12. Your name was
    Your address was 21 Redmond Ave
    Your previous state or New York State County was Suffolk

**Identification**
You must make 1 selection

For questions, please refer to Verifying your identity above.

13. ☐ New York State DMV number
    ☑ Last four digits of your Social Security number x,x,x-x,x-8███
    ☐ I do not have a New York State driver's license or a Social Security number.

**Political party**
You must make 1 selection

Political party enrollment is optional but that, in order to vote in a primary election of a political party, a voter must enroll in that political party, unless state party rules allow otherwise.

14. I wish to enroll in a political party
    ☑ Democratic party
    ☐ Republican party
    ☐ Conservative party
    ☐ Working Families party
    ☐ Other

    I do not want to enroll in any political party, and wish to be an independent voter.
    ☐ No party

**❶ Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box below.
- The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

16. Sign. *Camryn Garrett*
    Date 11/6/2022

**Optional questions**

15. ☐ I need to apply for an Absentee ballot.
    ☐ I would like to be an Election Day worker.

Print by: vwatson , Printed on: 4/30/2024 9:55:31 AM , ScanDate: 2022 12 05 , BatchNumber: 41 , DocumentNumber: 1001

[* 14]

510951/24



**EXHIBIT 7**

4/30/24

## The Board of Elections in the City of New York

❶ It is a crime to procure a false registration or to furnish false information to the Board of Elections.    Please print in blue or black ink.

| | | | |
|---|---|---|---|
| ❶ **Qualifications** | 1 | Are you a citizen of the U.S.? ☒ Yes ☐ No. If you answer *No*, you cannot register to vote. | **For board use only** RECEIVED KINGS BOARD OF ELECTIONS IN THE CITY OF NEW YORK 2017 SEP 13 A 10 39 |
| | 2 | Will you be 18 years of age or older on or before election day? ☒ Yes ☐ No. If you answer *No*, you cannot register to vote unless you will be 18 by the election day. | |

| | | |
|---|---|---|
| **Your name** | 3 | Last name  Ogg    Suffix |
| | | First name  Katharine    Middle Initial  I |

| | | |
|---|---|---|
| **More information** Items 6 & 7 are optional | 4 | Birth date  0 6 / 1 1 / 1 9 7 2 |
| | 5 | Sex ☐ M ☒ F |
| | 6 | Phone  7 1 8 6 2 5 3 8 8 8 |
| | 7 | Email  katebieber@yahoo.com |

| | | |
|---|---|---|
| **The address where you live** | 8 | Address (not P.O. box)  19 Monroe Place |
| | | Apt. Number  ___    Zip code  1 1 2 0 1 |
| | | City/Town/Village  Brooklyn |
| | | New York State County  Kings |

| | | |
|---|---|---|
| **The address where you receive mail** Skip if same as above | 9 | Address or P.O. box  19 Monroe Place |
| | | P.O. Box  ___    Zip code  1 1 2 0 1 |
| | | City/Town/Village  Brooklyn |

| | | |
|---|---|---|
| **Voting history** | 10 | Have you voted before? ☒ Yes ☐ No    11  What year?  2 0 1 6 |

| | | |
|---|---|---|
| **Voting information that has changed** Skip if this has not changed or you have not voted before | 12 | Your name was ___ |
| | | Your address was ___ |
| | | Your previous state or New York State County was ___ |

| | | |
|---|---|---|
| **Identification** You must make 1 selection. For questions, please refer to Verifying your identity above. | 13 | ☐ New York State DMV number ___ |
| | | ☒ Last four digits of your Social Security number  x x x – x x – ~~6000~~ |
| | | ☐ I do not have a New York State driver's license or a Social Security number. |

| | | | |
|---|---|---|---|
| **Political party** You must make 1 selection Political party enrollment is optional but that, in order to vote in a primary election of a political party, a voter must enroll in that political party, unless state party rules allow otherwise. | 14 | **I wish to enroll in a political party** ☒ Democratic party ☐ Republican party ☐ Conservative party ☐ Green party ☐ Working Families party ☐ Independence party ☐ Women's Equality party ☐ Reform party ☐ Other ___ **I do not wish to enroll in a political party** ☐ No party | ❶ **Affidavit: I swear or affirm that** • I am a citizen of the United States. • I will have lived in the county, city or village for at least 30 days before the election. • I meet all requirements to register to vote in New York State. • This is my signature or mark in the box below. • The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years. |
| | | | 16  Sign _[signature]_    Date  9/13/17 |

| | | |
|---|---|---|
| **Optional questions** | 15 | ☐ I need to apply for an Absentee ballot. ☐ I would like to be an Election Day worker. |

Print by: vwatson , Printed on: 4/30/2024 9:56:47 AM , ScanDate: 2017 09 18 , BatchNumber: 3 , DocumentNumber: 65

**EXHIBIT**
**8**
4/30/24

510951/24



The Board of Elections in the City of New York

## New York State Absentee Ballot Application

Please print clearly

I am requesting, in good faith, an absentee ballot due to (check one reason):
- ☐ absence from county or New York City on election day
- ☒ temporary illness or physical disability (including affected/potential COVID19)
- ☐ permanent illness or physical disability
- ☐ duties related to primary care of one or more individuals who are ill or physically disabled

BOARD USE ONLY:
Town/City/Ward/Dist.: _____
Registration No: _____
Party: _____
☐ voted in office

absentee ballot(s) requested for the following election(s)
- ☒ Primary Election ONLY    ~~General Election only~~    ~~Special Election only~~
- ~~Any election held between these dates,~~
- ~~absence begins ___/___/___ absence ends ___/___/___~~

| last name or surname | first name | middle initial | suffix |
|---|---|---|---|
| Potashnik | Romy | E | |

date of birth MM/DD/YYYY: 12/13/19□□
county: Bk
phone number (optional):
email (optional):

mailing address street: 152 Smith St    apt# Apt 2L
city: Brooklyn    state: NY    zip code: 11201-6315

Delivery of Primary Election Ballot (check one)    ☐ Deliver to me in person at the board of elections
- ☐ I authorize (give name), _____ to pick up my ballot at the board of elections/
- ☒ Mail ballot to me at (check box and complete ONLY if address is different than mailing address)

street no/    street name    apt/    city    state    zip code

~~Delivery of General (or Special) Election Ballot (check one)~~
- ~~☐ Deliver to me in person at the board of elections~~
- ~~☐ I authorize (give name), _____ to pick up my ballot at the board of elections/~~
- ~~☐ Mail ballot to me at (check box and complete ONLY if address is different than mailing address)~~

street no/    street name    apt/    city    state    zip code

Applicant must sign below. I certify that I am a qualified and a registered (and for primary, enrolled) voter- and that the information in this application is true and correct and that this application will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

Sign Here: X _____    Date 5 / 25 / 2020
MM/DD/YYYY

If applicant is unable to sign because of illness, physical disability or inability to read, the following statement must be executed. By my mark, duly witnessed hereunder, I hereby state that I am unable to sign my application for an absentee ballot without assistance because I am unable to write by reason of my illness or physical disability or because I am unable to read/ I have made, or have the assistance in making, my mark in lieu of my signature/ (No power of attorney or preprinted name stamps allowed/ See detailed instructions/)

Date ___/___/___ Name of Voter _____    Mark: _____

I, the undersigned, hereby certify that the above named voter affixed his or her mark to this application in my presence and I know him or her to be the person who affixed his or her mark to said application and understand that this statement will be accepted for all purposes as the equivalent of an affidavit and if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

_____    (signature of witness to mark)    Board Use Only
(address of witness to mark)    2020 Absentee Ballot Application

Print by: vwatson , Printed on: 4/30/2024 9:57:17 AM , ScanDate: 2020 06 07, BatchNumber: 1, DocumentNumber: 7772

EXHIBIT

9    4/30/24

510951/24



## The Board of Elections in the City of New York

Please print in blue or black ink.

❶ It is a crime to procure a false registration or to furnish false information to the Board of Elections.

**❶ Qualifications**

1. Are you a citizen of the U.S.? ☑ Yes ☐ No
   If you answer *No*, you cannot register to vote.

2. A) Will you be 18 years of age or older on or before election day? ☑ Yes ☐ No
   B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election. ☐ Yes ☐ No
   If you answer *No* to both of the prior questions, you cannot register to vote.

BOARD OF ELECTION
IN THE CITY OF NEW YO[RK]
VOTER REGISTRATION DEP[T]
2020 AUG 20 A 9 28

**Your name**

3. Last name Mahony    Suffix ☑ Esq.
   First name Justin    Middle Initial R

**More information**
Items 5, 6 & 7 are optional

4. Birth date 04 10 24 1984   5 Gender Male
6. Phone 917 596 8853   7 Email justin.mahony@gmail.com

**The address where you live**

8. Address (not P.O. box) 195 Adams St
   Apt. Number 12E    Zip code 11201
   City/Town/Village Brooklyn
   New York State County Kings

**The address where you receive mail**
Skip if same as above

9. Address or P.O. box
   P.O. Box    Zip code
   City/Town/Village

**Voting history**

10. Have you voted before? ☑ Yes ☐ No   11 What year? 2020

**Voting information that has changed**
Skip if this has not changed or you have not voted before

12. Your name was Justin R Mahony
    Your address was 5400 Fieldston Road Apt 41B Bronx, NY 10471
    Your previous state or New York State County was Bronx

**Identification**
You must make 1 selection
For questions, please refer to Verifying your identity above.

13. ☐ New York State DMV number
    ☑ Last four digits of your Social Security number   x x x - x x -
    ☐ I do not have a New York State driver's license or a Social Security number.

**Political party**
You must make 1 selection

Political party enrollment is optional but that, in order to vote in a primary election of a political party, a voter must enroll in that political party, unless state party rules allow otherwise.

14. I wish to enroll in a political party
    ☑ Democratic party
    ☐ Republican party
    ☐ Conservative party
    ☐ Working Families party
    ☐ Green party
    ☐ Libertarian party
    ☐ Independence party
    ☐ SAM party
    ☐ Other
    I do not want to enroll in any political party and wish to be an independent voter
    ☐ No party

**❷ Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box below.
- The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

16. Sign [signature]
    Date 8 15 2020

**Optional questions**

15. ☑ I need to apply for an Absentee ballot.
    ☐ I would like to be an Election Day worker.

Print by: vwatson , Printed on: 4/30/2024 9:57:40 AM , ScanDate: 2020 08 28 , BatchNumber: 20 , DocumentNumber: 49

[* 17]

510951/24

EXHIBIT
10
4/30/24



## The Board of Elections in the City of New York

It is a crime to procure a false registration or to furnish false information to the Board of Elections.    Please print in blue or black ink.

| | | | |
|---|---|---|---|
| **Qualifications** | 1 | Are you a citizen of the U.S.? ☒ Yes ☐ No | |
| | | If you answer *No*, you cannot register to vote. | |
| | 2 | A) Will you be 18 years of age or older on or before election day? ☒ Yes ☐ No | BOARD OF ELECTIONS IN THE CITY OF NEW YORK VOTER REGISTRATION DEPT |
| | | B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election. ☒ Yes ☐ No | 2022 JAN 26 P 1:27 |
| | | If you answer *No* to both of the prior questions, you cannot register to vote. | |

| Your name | 3 | Last name DUDZINSKY | Suffix |
|---|---|---|---|
| | | First name Mary | Middle Initial |

| More information Items 5, 6 & 7 are optional | 4 | Birth date 0 8 / 0 1 / 1 9 8 6 | 5 | Gender |
|---|---|---|---|---|
| | 6 | Phone | 7 | Email |

| The address where you live | 8 | Address (not P.O. box) 195 Adams St |
|---|---|---|
| | | Apt. Number 12E        Zip code 1 1 2 0 1 |
| | | City/Town/Village Brooklyn |
| | | New York State County Kings |

| The address where you receive mail Skip if same as above | 9 | Address or P.O. box |
|---|---|---|
| | | P.O. Box        Zip code |
| | | City/Town/Village |

| Voting history | 10 | Have you voted before? ☒ Yes ☐ No | 11 | What year? 2 0 2 |
|---|---|---|---|---|

| Voting information that has changed Skip if this has not changed or you have not voted before | 12 | Your name was |
|---|---|---|
| | | Your address was 154 w. 70th St #5C New York, NY 10023 |
| | | Your previous state or New York State County was New York |

| Identification You must make 1 selection For questions, please refer to *Verifying your identity above*. | 13 | ☐ New York State DMV number |
|---|---|---|
| | | ☐ Last four digits of your Social Security number   x x x – x x – ▮▮▮▮ |
| | | ☐ I do not have a New York State driver's license or a Social Security number. |

| Political party You must make 1 selection Political party enrollment is optional but that, in order to vote in a primary election of a political party, a voter must enroll in that political party, unless state party rules allow otherwise. | 14 | I wish to enroll in a political party. ☒ Democratic party ☐ Republican party ☐ Conservative party ☐ Working Families party ☐ Other _____ |
|---|---|---|
| | | I do not want to enroll in any political party, and wish to be an Independent voter. ☐ No party |

**Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box below.
- The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

| 16 | Sign | *Mary Dudzinsky* |
|---|---|---|
| | Date | 1/21/22 |

| Optional questions | 15 | ☐ I need to apply for an Absentee ballot. |
|---|---|---|
| | | ☐ I would like to be an Election Day worker. |

Print by: vwatson , Printed on: 4/30/2024 9:58:06 AM , ScanDate: 2022.01.28 , BatchNumber: 20 , DocumentNumber: 5

510951/24

EXHIBIT

11

4/20/24



The Board of Elections in the City of New York

## DMV e-Notification

**Is Citizen:** YES   **Is Over 18:** YES   **Submitted:** 2022-07-13-09.24

**Voter Name:** SAMUEL CHRISTOPHER GARCIA

**Address:** 105  BUTLER ST  APT 2R BROOKLYN NY 11231

**Mailing Address:**

**Birth:** 11/03/1991   **Gender:** M   **Phone:**   **License:**
**Last Year Voted:**   **Email:**
**Prev. Address:**
**Prev. County:**   **Prev. State:**
**Prev. Name:**   **Party:** DEM



Print by: vwatson , Printed on: 4/30/2024 9:58:32 AM , ScanDate: 2022 07 14 , BatchNumber: 4 , DocumentNumber: 5

[* 19]

510951/24

tabbies'
12

4/30/24



The Board of Elections in the City of New York

# New York State Absentee Ballot Application

| | BOARD USE ONLY: |
|---|---|
| Please print clearly. See detailed instructions. | Town/City/Ward/Dist: |

This application must either be personally delivered to your county board of elections not later than the day before the election, or postmarked by a governmental postal service not later than the 7th day before election day. The ballot itself must either be personally delivered to the board of elections no later than the close of polls on election day, or postmarked by a governmental postal service not later than the day of the election and received no later than the 7th day after the election.

Registration No: _____

Party: _____

☐ voted in office

**1.** I am requesting, in good faith, an absentee ballot due to (check one reason):
- ☐ absence from county or New York City on election day
- ☒ temporary illness or physical disability
- ☒ permanent illness or physical disability
- ☐ duties related to primary care of one or more individuals who are ill or physically disabled
- ☐ resident or patient of a Veterans Health Administration Hospital
- ☐ detention in jail/prison, awaiting trial, awaiting action by a grand jury, or in prison for a conviction of a crime or offense which was not a felony

**2.** absentee ballot(s) requested for the following election(s):
- ☒ Primary Election only
- ☐ General Election only
- ☐ Special Election only
- ☐ Any election held between these dates: absence begins: ___/___/___ MM/DD/YYYY  absence ends: ___/___/___ MM/DD/YYYY

**3.**
| last name or surname | first name | middle initial | suffix |
|---|---|---|---|
| LITTLE | CORA | D | |

**4.**
| date of birth MM/DD/YYYY | county where you live | phone number (optional) | email (optional) |
|---|---|---|---|
| ___/___/___ | | | |

**5.**
| address where you live (residence) street | apt | city | state | zip code |
|---|---|---|---|---|
| 235 HOYT ST APT 6A | | BROOKLYN | NY | 11217-2933 |

**6.** Delivery of Primary Election Ballot (check one)
- ☐ I authorize (give name): *Cora Little*
- ☒ Mail ballot to me at: (mailing address)
- ☐ Deliver to me in person at the board of elections to pick up my ballot at the board of elections.

235 HOYT ST. APT. 6A
street no.    street name            apt.    BROOKLYN city    NY state    11217-2933 zip code

**7.** Delivery of General (or Special) Election Ballot (check one)
- ☐ I authorize (give name): *Cora Little*
- ☒ Mail ballot to me at: (mailing address)
- ☐ Deliver to me in person at the board of elections to pick up my ballot at the board of elections.

235 Hoyt St APT 6A
street no.    street name            6A apt.    Brooklyn city    NY state    11217 zip code

## Applicant Must Sign Below

**8.** I certify that I am a qualified and a registered (and for primary, enrolled) voter; and that the information in this application is true and correct and that this application will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

Sign Here: X *Cora Little*       Date 5/16/21 MM/DD/YYYY

If applicant is unable to sign because of illness, physical disability or inability to read, the following statement must be executed: By my mark, duly witnessed hereunder, I hereby state that I am unable to sign my application for an absentee ballot without assistance because I am unable to write by reason of my illness or physical disability or because I am unable to read. I have made, or have the assistance in making, my mark in lieu of my signature. (No power of attorney or preprinted name stamps allowed. See detailed instructions.)

Date ___/___/___  Name of Voter: _____  Mark: _____
MM/DD/YYYY

I, the undersigned, hereby certify that the above named voter affixed his or her mark to this application in my presence and I know him or her to be the person who affixed his or her mark to said application and understand that this statement will be accepted for all purposes as the equivalent of an affidavit and if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

_____                    _____
(address of witness to mark)          (signature of witness to mark)

Board Use Only
2023 Absentee Ballot Application

RECEIVED BROOKLYN BD OF ELECTIONS IN THE CITY OF N.Y. 2021 MAY 19

Print by: vwatson , Printed on: 4/30/2024 9:59:33 AM , ScanDate: 2021 05 20 , BatchNumber: 35 , DocumentNumber: 41



EXHIBIT

13

4/30/24



510951/24

The Board of Elections in the City of New York

## VOTER REGISTRATION APPLICATION (instructions on back)

☐ Yes, I need an application for an Absentee Ballot    **Please print or type in blue or black ink**    ☐ Yes, I would like to be an Election Day worker

| | | | |
|---|---|---|---|
| **1** Are you a U.S. citizen? ☑ YES ☐ NO — If you answered NO, do not complete this form | **2** Will you be 18 years old on or before election day? ☑ YES ☐ NO — If you answered NO, do not complete this form unless you will be 18 by the end of the year | | **For Board Use Only** RECEIVED KINGS BOARD OF ELECTIONS IN THE CITY OF NEW YORK |

**3** Last Name: Little    First Name: Jasmine    Middle Initial: N    Suffix

**4** Address where you live (do not give P.O. box): 235 Hoyt St    Apt. No.: 6A    City/Town/Village: Bklyn    NY    Zip Code:    County: 2:26 [2020 APR 10]

**5** Address where you get your mail (if different than above)    P.O. Box, Star Route, etc.    Post Office    Zip Code

**6** Date of Birth: 6/13/85    **7** Sox ☐ M ☑ F    **8** Telephone (optional): 646 972 0498    Email (optional)

**10** The last year you voted: 2019    In county/state: Bklyn NY    Your address was (give house number, street and city)    Under the name (if different from your name now)

**9** ID Number (Check the applicable box and provide your number)
☐ New York State DMV number — — — —
☑ Last four digits of your Social Security number [redacted]
☐ I do not have a New York State DMV or Social Security number

**11 Political Party**

**I wish to enroll in a political party**
☑ Democratic party    ☐ Independence party
☐ Republican party    ☐ Women's Equality party
☐ Conservative party    ☐ Reform party
☐ Green party    ☐ Other _____
☐ Working Families party

**I do not wish to enroll in a political party**
☐ No party

**12 Affidavit: I swear or affirm that**
• I am a citizen of the United States.
• I will have lived in the county, city or village for at least 30 days before the election.
• I will meet all requirements to register to vote in New York State.
• This is my signature or mark on the line below.
• The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Signature or Mark in ink    Date: 3/17/2020

in loue your organs and tissues

Print by: vwatson , Printed on: 4/30/2024 9:58:57 AM , ScanDate: 2020 04 10 , BatchNumber: 5 , DocumentNumber: 12

[* 21]

510951/24

EXHIBIT

14

4/30/24



The Board of Elections in the City of New York

## DMV e-Notification

**Is Citizen: YES   Is Over 18: YES   Submitted: 2023-08-14-12.31**

**Voter Name: LEE HENRY SELTZER**

**Address: 298  12TH ST  APT 4R BROOKLYN NY 11215**

**Mailing Address:**

**Birth: 09/22/1991   Gender: M   Phone:    License:**
**Last Year Voted: 2022   Email: leeseltzer@gmail.com**
**Prev. Address: 155 WASHINGTON ST APT 406**
**Prev. County:      Prev. State: NJ**
**Prev. Name:             Party: DEM**

Print by: vwatson , Printed on: 4/30/2024 10:00:07 AM , ScanDate: 2023 08 15 , BatchNumber: 28 , DocumentNumber: 33

[* 22]

510951/24



EXHIBIT
15
4/30/24

The Board of Elections in the City of New York

## DMV e-Notification

**Is Citizen: YES   Is Over 18: YES   Submitted: 2018-07-25-10.37**

**Voter Name: JADA IMANI FAULKNER**

**Address: 244  BOND ST  APT 1E BROOKLYN NY 11217**

**Mailing Address:**

**Birth: 04/06/2000   Gender: F   Phone:   License:** ▓▓▓▓▓▓
**Last Year Voted:**
**Prev. Address:**
**Prev. County:   Prev. State:**
**Prev. Name:   Party: DEM**



Print by: vwatson , Printed on: 4/30/2024 10:01:54 AM , ScanDate: 2018 07 26 , BatchNumber: 13 , DocumentNumber: 18

[* 23]

510951/24



The Board of Elections in the City of New York



Kyesha Faullin - 244 Bond St apt 1E    KINGS

410890649

Print by: vwatson , Printed on: 4/30/2024 10:02:35 AM , ScanDate: 2024 04 17 , BatchNumber: 19 , DocumentNumber: 2

[* 24]

EXHIBIT 16

4/30/24

510951/24



The Board of Elections in the City of New York

FAULKNER
KYESHA, CHARECE

05/31/92F

244 BOND ST 1E
BROOKLYN          NY  11217·    ***KING***

**NEW YORK STATE VOTER REGISTRATION APPLICATION** - (Fill out this part only if you want to register to vote or change your address or other information with the Board of Elections, and if you are also filling out the DMV application above.)

If you register to vote, your completed voter registration application will be sent directly to the Board of Elections. If you decline to register, your decision will remain confidential. You will be notified by your County Board of Elections when your voter registration application has been processed.

| Are you a U.S. citizen? ☑ Yes ☐ No | I will be 18 years old on or before election day: ☑ Yes ☐ No | Home Telephone Number (optional) |
|---|---|---|
| If you answered NO, do not complete this form. | If you answered NO, do not complete this form, unless you will be 18 by the end of the year. | Area Code ( ) |

| Last year voted | Your Address was (give house number, street, and city) | In county/state | Under the name (if different from your name now) |
|---|---|---|---|
| | 844 Bond St Brooklyn, NY | Kings | |

**Choose a Party** — Check one box only

☑ DEMOCRATIC PARTY
☐ REPUBLICAN PARTY
☐ INDEPENDENCE PARTY*
☐ CONSERVATIVE PARTY
☐ WORKING FAMILIES PARTY
☐ OTHER (write in) _____
☐ I DO NOT WISH TO ENROLL IN A PARTY

Please note: In order to vote in a primary election, you must be enrolled in a party. *Except the Independence Party which permits non-enrolled voters to vote in their primary election.

**AFFIDAVIT:** I swear or affirm that
• I am a citizen of the United States.
• I will have lived in the county, city, or village for at least 30 days before the election.
• I meet all requirements to register to vote in New York State.
• This is my signature or mark on the line below.
• The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years.

↓ Signature or mark ↓

X _Kyesha Faulkner_          Date 5/24/11

MV-44 (11/09)



Print by: vwatson, Printed on: 4/30/2024 10:02:45 AM , ScanDate: 2011 06 06 , BatchNumber: 81 , DocumentNumber: 16

[* 25]

EXHIBIT
17
4/30/24

510951/24



The Board of Elections in the City of New York

## Affidavit Oath

**A: Please provide the following required information**

Your name — Last name: Santiago — Suffix:
First name: Leida — Middle Initial: J

The address where you live — Address (not P.O. Box): 3815 Putnam Avenue West — Apt. Number: 3K — Zip code: 10463
City/Town/Village: Bronx
New York State County: NY

Date of birth: [redacted] — Party enrollment: Democratic

**B: Please check each box that applies to you and fill in the appropriate blanks**

☑ I have been informed by the inspectors that my registration record is not available to them, however I have duly registered to vote in this election district from the address given above, and I remain a duly qualified voter in this district.

☐ I have moved within _____ (insert County or New York City) since my last registration, and my previous address was: _____

☐ I was required to present identification when I voted today, but I did not do so.

☐ *For Primary Elections Only:* I am enrolled in the political party stated in the section above, but the poll book does not reflect my correct enrollment.

**C: Additional information to register to vote in the event that you do not have a valid registration on file**

❶ Qualifications
Are you a citizen of the U.S.? ☑ Yes ☐ No — If you answer No, you cannot register to vote.
Will you be 18 years of age or older on or before election day? ☑ Yes ☐ No
If you answer No, you cannot register to vote unless you will be 18 by the end of the year.

More information
Telephone (optional): 351-427-7284 — Sex ☐ M ☑ F
Email (optional): Downtownlai@bol.com

The address where you receive mail — Address or P.O. Box: Same as above — Apt. 3K — Zip code 10463
Skip if same as above — P.O. Box:
City/Town/Village: Bronx

Voting history — Have you voted before? ☑ Yes ☐ No — What year? 2010

Voting Information that has changed
Skip if this has not changed or you have not voted before
Your name was: Leida Santiago
Your address was: 3815 Putnam Avenue West
Your previous state or New York State County was: New York

Identification
You must make 1 selection
☐ New York State DMV number: [redacted]
☑ Last four digits of your Social Security number: x x x - x x -
☐ I do not have a New York State driver's license or a Social Security number.

Political party
You must make 1 selection
☑ I wish to enroll in a political party
☑ Democratic party ☐ Green party ☐ Women's Equality party
☐ Republican party ☐ Working Families party ☐ Reform party
☐ Conservative party ☐ Independence party ☐ Other: _____
☐ I do not wish to enroll in a political party
☐ No party

**D: All voters must date and sign the oath below**

❶ It is a crime to procure a false registration or to furnish false information to the Board of Elections.

Affidavit: I swear or affirm that
• I am a citizen of the United States.
• I will have lived in this county, city or village for at least 30 days before the election.
• I meet all requirements to register to vote in New York State.
• This is my signature or mark in the box to the right.
• The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Sign: *Leida Santiago*
Date: 11-8-16

To be completed by an Election Inspector
Town/City: BRONX N.Y. — AD/Ward: 81 — Election District: 37

For BOE Borough Office Use Only
☐ Not Registered ☐ Miscellaneous ☐ Cancelled — (D) Count: ☑ Yes ☐ No — (Initials) MB
☐ Registered too late ☐ Address Change ☐ Wrong ED (elts) — (R) Count: ☑ Yes ☐ No
☐ Enrollment match ☑ VSN 303 195 349 (A) — Transfer to ED ___ AD ___
Dem

Print by: vwatson , Printed on: 4/30/2024 10:03:37 AM , ScanDate: 2016 12 12 , BatchNumber: 53 , DocumentNumber: 15

[* 26]

EXHIBIT

tabbies
18
4/30/24

S42,14,8

510951/24



The Board of Elections in the City of New York

# New York State Absentee Ballot Application

Please print clearly

**1** I am requesting, in good faith, an absentee ballot due to (check one reason):

☒ absence from county or New York City on election day
☐ temporary illness or physical disability (including affected/potential COVID19)
☐ permanent illness or physical disability
☐ duties related to primary care of one or more individuals who are ill or physically disabled

**BOARD USE ONLY:**
Town/City/Ward/Dist.: _____
Registration No: _____
Party: _____
☐ voted in office

**2** absentee ballot(s) requested for the following election(s):
☒ Primary Election ONLY     ~~General Election only~~     ~~Special Election only~~
~~Any election held between these dates.~~
~~absence begins.~~ ___/___/___     ~~absence ends.~~ ___/___/___

**3**
| last name or surname | first name | middle initial | suffix |
|---|---|---|---|
| Douge | Marie | N | |

**4**
| date of birth MM/DD/YYYY | county | phone number (optional) |
|---|---|---|
| 12/21/1950 | Bk | email (optional) |

**5**
mailing address   street: 46 Berkeley Pl          apt# Bsmt
city: Brooklyn          state: NY          zip code: 11217-3511

**6** Delivery of Primary Election Ballot (check one) ☒ Deliver to me in person at the board of elections

☒ I authorize (give name): MARIE-Nicole DOUGE
to pick up my ballot at the board of elections/
☐ Mail ballot to me at (check box and complete ONLY if address is different than mailing address)

street no/   street name   apt/   city   state   zip code

**7** ~~Delivery of General (or Special) Election Ballot (check one)~~
☐ ~~Deliver to me in person at the board of elections~~
☐ ~~I authorize (give name):~~
~~to pick up my ballot at the board of elections/~~
☐ ~~Mail ballot to me at (check box and complete ONLY if address is different than mailing address)~~

street no/   street name   apt/   city   state   zip code

**8** Applicant must sign below. I certify that I am a qualified and a registered (and for primary, enrolled) voter- and that the information in this application is true and correct and that this application will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

Sign Here: X Marie L Douge          Date 5/25/2020

If applicant is unable to sign because of illness, physical disability or inability to read, the following statement must be executed. By my mark, duly witnessed hereunder, I hereby state that I am unable to sign my application for an absentee ballot without assistance because I am unable to write by reason of my illness or physical disability or because I am unable to read/ I have made, or have the assistance in making, my mark in lieu of my signature/ (No power of attorney or preprinted name stamps allowed/ See detailed instructions/)

Date ___/___/___   Name of Voter: _____   Mark: _____

I, the undersigned, hereby certify that the above named voter affixed his or her mark to this application in my presence and I know him or her to be the person who affixed his or her mark to said application and understand that this statement will be accepted for all purposes as the equivalent of an affidavit and if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

_____   _____
(address of witness to mark)   (signature of witness to mark)

Board Use Only
2020 Absentee
Ballot Application

Print by: vwatson , Printed on: 4/30/2024 9:49:50 AM , ScanDate: 2020 06 19 , BatchNumber: 1792 , DocumentNumber: 282

EXHIBIT 19

4/30/24

## The Board of Elections in the City of New York

It is a crime to procure a false registration or to furnish false information to the Board of Elections.    Please print in blue or black ink.

**Qualifications**

1. Are you a citizen of the U.S.? ☑ Yes ☐ No
   If you answer *No*, you cannot register to vote.

2. A) Will you be 18 years of age or older on or before election day? ☑ Yes ☐ No
   B) Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote, and that until you will be eighteen years of age at the time of such election your registration will be marked "pending" and you will be unable to cast a ballot in any election? ☑ Yes ☐ No
   If you answer *No* to both of the prior questions, you cannot register to vote.

For board use only

BOARD OF ELECTION
IN THE CITY OF NEW YORK
VOTER REGISTRATION DEPT

2022 JUL -5 A 11: 19

**Your name**

3. Last name  Steinmetz-Silber
   First name  Joseph    Middle Initial  A

**More information**
Items 5, 6 & 7 are optional

4. Birth date  04 / 23 / 1989
5. Gender  Male
6. Phone  917-657-2627
7. Email

**The address where you live**

8. Address (not P.O. box) 113 Lincoln Place
   Apt. Number    Zip code  11217
   City/Town/Village  Brooklyn
   New York State County    New York City

**The address where you receive mail**
Skip if same as above

9. Address or P.O. box
   P.O. Box    Zip code
   City/Town/Village

**Voting history**

10. Have you voted before? ☑ Yes ☐ No
11. What year?  2020

**Voting information that has changed**
Skip if this has not changed or you have not voted before

12. Your name was
    Your address was  525 W 238th Street, Apt 1B, Bronx NY 10463
    Your previous state or New York State County was  Bronx

**Identification**
You must make 1 selection
For questions, please refer to Verifying your identity above.

13. ☐ New York State DMV number
    ☑ Last four digits of your Social Security number   x x x - x x -
    ☐ I do not have a New York State driver's license or a Social Security number.

**Political party**
You must make 1 selection

Political party enrollment is optional but that, in order to vote in a primary election of a political party, a voter must enroll in that political party, unless state party rules allow otherwise.

14. I wish to enroll in a political party
    ☑ Democratic party
    ☐ Republican party
    ☐ Conservative party
    ☐ Working Families party
    ☐ Other _____
    I do not want to enroll in any political party and wish to be an independent voter.
    ☐ No party

**Affidavit: I swear or affirm that**
- I am a citizen of the United States.
- I will have lived in the county, city or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark in the box below.
- The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

16. Sign
    Date  06/28/2022

**Optional questions**

15. ☐ I need to apply for an Absentee ballot.
    ☐ I would like to be an Election Day worker.

Print by: vwatson , Printed on: 4/30/2024 9:51:42 AM , ScanDate: 2022 07 05 , BatchNumber: 10 , DocumentNumber: 41

[* 28]

542,24,3

510951/24

EXHIBIT
20
4/30/24

The Board of Elections in the City of New York

WILLIAMS STEPHANIE

MV-44 (12/96)

**NEW YORK STATE VOTER REGISTRATION APPLICATION**

*(Complete only if you want to register to vote or change your address or other information with the Board of Elections.)*

If you register to vote, your completed voter registration application will be sent directly to the Board of Elections. If you decline to register, your decision will remain confidential. You will be notified by your County Board of Elections when your voter registration application has been processed.

| Are you a U.S. citizen? ☒ Yes ☐ No | Check box(es) that apply: | ☐ new registration and enrollment | ☒ address change | Home Telephone Number (optional) |
| If you answered NO, do not complete this form | | ☐ party enrollment change | ☐ name change | 718-625-3396 |

| Last year voted | Your Address was *(give house number, street, and city)* | In county/state | Under the name *(if different from your name now)* |
| 96 | 59 St. Johns place | N Y | |

**Choose a Party – Check one box only**

☒ DEMOCRATIC
☐ REPUBLICAN
☐ CONSERVATIVE
☐ INDEPENDENCE
☐ LIBERAL
☐ RIGHT TO LIFE
☐ FREEDOM
☐ I DO NOT WISH TO ENROLL IN A PARTY

Please note:
In order to vote in a primary election, you must be enrolled in a party.

**AFFIDAVIT:** *I swear or affirm that*
- I am a citizen of the United States.
- I will have lived in the county or in the city of New York for at least 30 days before the election.
- This is my signature or mark on the line below.
- The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years.

↓ Signature or mark ↓

x *Stephanie Williams*     Date

59 ST. JOHNS PL. 1-11217

MAR 19 11:D:34
RECEIVED BOARD OF ELECTIONS CITY OF NEW YORK

Print by: vwatson , Printed on: 4/30/2024 9:52:32 AM , ScanDate: 1998 04 06 , BatchNumber: 6 , DocumentNumber: 11

[* 29]

EXHIBIT
21
4/30/24

tabbies

S42,44,8 - SH

similar to line 9

510951/24

The Board of Elections in the City of New York

# New York State Absentee Ballot Application

Please print clearly

**1.** I am requesting, in good faith, an absentee ballot due to (check one reason):

☐ absence from county or New York City on election day
☑ temporary illness or physical disability (including affected/potential COVID19)
☐ permanent illness or physical disability
☐ duties related to primary care of one or more individuals who are ill or physically disabled

**BOARD USE ONLY:**

Town/City/Ward/Dist.:

Registration No:

Party:

☐ voted in office

**2.** absentee ballot(s) requested for the following election(s)

☒ Primary Election ONLY ~~General Election only~~ ~~Special Election only~~
~~Any election held between these dates:~~
~~absence begins____/____/____ absence ends____/____/____~~

**3.** last name or surname: Sidford | first name: Noel | middle initial: D | suffix:

**4.** date of birth MM/DD/YYYY: 07/14/1950 | county: Bk | phone number (optional): | email (optional):

**5.** mailing address street: 187 Baltic St | apt# 2
city: Brooklyn | state: NY | zip code: 11201-6173

**6.** Delivery of Primary Election Ballot (check one) ☐ Deliver to me in person at the board of elections

☐ I authorize (give name)____ to pick up my ballot at the board of elections/
☑ Mail ballot to me at (check box and complete ONLY if address is different than mailing address)

street no/ | street name | apt/ | city | state | zip code

**7.** ~~Delivery of General (or Special) Election Ballot (check one)~~
☐ ~~Deliver to me in person at the board of elections~~
☐ ~~I authorize (give name)~~____ ~~to pick up my ballot at the board of elections/~~
☐ ~~Mail ballot to me at (check box and complete ONLY if address is different than mailing address)~~

street no/ | street name | apt/ | city | state | zip code

**8.** Applicant must sign below. I certify that I am a qualified and a registered (and for primary, enrolled) voter and that the information in this application is true and correct and that this application will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

Sign Here: X _NW Sidford_ | Date 06/15/2020

If applicant is unable to sign because of illness, physical disability or inability to read, the following statement must be executed. By my mark, duly witnessed hereunder, I hereby state that I am unable to sign my application for an absentee ballot without assistance because I am unable to write by reason of my illness or physical disability or because I am unable to read/ I have made, or have the assistance in making, my mark in lieu of my signature/ (No power of attorney or preprinted name stamps allowed/ See detailed instructions/)

Date ___/___/___ Name of Voter _____ Mark _____

I, the undersigned, hereby certify that the above named voter affixed his or her mark to this application in my presence and I know him or her to be the person who affixed his or her mark to said application and understand that this statement will be accepted for all purposes as the equivalent of an affidavit and if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn/

_____ _____
(address of witness to mark) (signature of witness to mark)

Board Use Only
2020 Absentee
Ballot Application

[* 30]



EXHIBIT

[* 31]